STATE OF NEBRASKA, APPELLEE, v. PHILLIP J. MCKAY, APPELLANT.
346 N.W.2d 423

Filed March 30, 1984. No. 83-894.

Don J. Sixta of Krafta & Sixta, P.C., for appellant.

No appearance for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

Defendant was sentenced to a term of 2 to 4 years in the Nebraska Penal and Correctional Complex on burglary charges.

He appeals and assigns as error only the excessiveness of the sentence. After a review of the record we agree. Defendant was 21 years old with no previous felony convictions and a minor juvenile record. His codefendant was 19 years old with no previous felony convictions and a worse juvenile record than the defendant. The codefendant received a sentence of 18 months to 3 years.

Defendant's sentence is modified to provide for a sentence of 18 months to 3 years.

AFFIRMED AS MODIFIED.